LIBRARY

NO. 29446

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DIONICIO TANGONAN, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

JEAN R.KIKUMOTO
CLERK APPELLATE COURTS
STATE HAWAII

2010 MAY -4 AM 10: 15

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(SPP NO. 07-1-0040; CR. NO. 99-1226)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Petitioner-Appellant Dionicio Tangonan's

application for writ of certiorari filed on March 22, 2010, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 4, 2010.

FOR THE COURT:

*Mun E. Rechtenwald*

Associate Justice

Samuel P. King, Jr.,
on the application for
petitioner/petitioner-
appellant.

---

[1] Considered by: Moon, C.J., Nakayama, Duffy, and Recktenwald, JJ., and Circuit Judge Chang, in place of Acoba, J., recused.